THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GRAFF CONTRACTING, LLC, an Alaska limited liability company, <br><br> Defendant. | CASE NO. C17-0301-JCC <br><br> ORDER OF DEFAULT JUDGMENT |

This matter comes before the Court on Plaintiffs' motion for default judgment (Dkt. No. 9). Having thoroughly considered the relevant record, the Court hereby GRANTS the motion. The Court AWARDS judgment against Defendant and in favor of Plaintiffs in the amounts listed herein. These amounts are due to Plaintiffs by Defendant for its inclusive employment of members of the bargaining unit represented by Local 302, with which the Defendant has valid collective bargaining agreements, and by reason of Defendant's specific acceptance of the Declarations of Trust for the employment period January 2017 and February 2017.

ORDER OF DEFAULT JUDGMENT
PAGE - 1

# SUMMARY OF JUDGMENT

Judgment Creditor:           Operating Engineers Trust Funds
Judgment Debtor:             Graff Contracting, LLC

<u>Amounts Payable to Plaintiff Fund</u>
Liquidated Damages           $776.67
Interest through April 7, 2017   $66.37

<u>Amounts Payable to All Plaintiffs</u>
Attorney Fees:               $309.00

Other Recovery Amounts:      NONE
Interest Rate on Costs:      NONE

Total:                       $1,152.04

Attorneys for Judgment Creditor:   Reid, McCarthy, Ballew & Leahy, L.L.P.

DATED this 11th day of May, 2017.

/s/ John C. Coughenour

John C. Coughenour
UNITED STATES DISTRICT JUDGE